- 1 -

United States District Court

District of Massachusetts

|  |  |
|---|---|
| **PROFESSIONAL SPORTS SERVICES FI OY**,<br><br>Plaintiff,<br><br>v.<br><br>JAY GROSSMAN et al.<br><br>Defendants. | Civil Action No.<br>24-12351-NMG |

PRELIMINARY INJUNCTION

GORTON, J.

For the reasons set forth in the Memorandum and Order entered herewith, defendants Jay Grossman and JMG Sports Agency, Inc., are hereby, until further order of the Court, **RESTRAINED** and **ENJOINED** from transferring, dissipating, liquidating, or otherwise disposing of any personal or business assets without leave of the Court provided, however, that 1) Grossman may pay all necessary medical costs not covered by health insurance and 2) JGM-MA may conduct business in the ordinary course subject to periodic, reasonable audits of such expenditures by an accountant chosen by plaintiff's counsel.

Pursuant to Fed. R. Civ. P. 65(c), plaintiffs shall post a security bond in the amount of Fifty Thousand Dollars ($50,000)

as soon as reasonably practicable, whereupon this injunction shall be deemed to be in full force and effect.

**So ordered.**

/s/ Nathaniel M. Gorton

Nathaniel M. Gorton
United States District Judge

Dated: October    , 2024