## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SPORT SERVICE FI OY,<br><br>Plaintiff,<br><br>v.<br><br>JAY GROSSMAN and JMG SPORTS AGENCY, INC.,<br><br>Defendants. | C.A. No. 1:24-cv-12351-NMG |

### PLAINTIFF PROFESSIONAL SPORT SERVICE FI OY'S NOTICE OF DISMISSAL OF COUNT III OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Professional Sport Service Fi Oy ("PSS") hereby notices the dismissal of Count III of its First Amended Complaint alleging Fraud without prejudice.

In support of this notice, PSS states that neither of the Defendants Jay Grossman or JMG Sports Agency, Inc. (collectively, "Defendants") have "serve[d] an answer or a motion for summary judgment" on this count. *Id.* While Defendants have moved to dismiss the entirety of PSS's First Amended Complaint, neither of the Defendants have yet to file an answer, nor has either Defendant filed a summary judgment motion.

Therefore, the PSS hereby notices that Count III of its First Amended Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

        PROFESSIONAL SPORT SERVICE FI OY

        By their attorneys,

        /s/ Benjamin J. Wish
        Benjamin J. Wish (BBO No. 672743)
        *bwish@toddweld.com*
        Grace C. Bayman (BBO No. 707045)
        *gbayman@toddweld.com*
        **TODD & WELD LLP**
        One Federal Street, 27th Floor
        Boston, MA 02110
        Tel: (617) 720-2626
        Fax: (617) 227-5777

        Joseph J. DePalma (NJ Bar No. 002151982)
        *Pro Hac Vice Admittance Pending*
        *jdepalma@litedepalma.com*
        **LITE DEPALMA GREENBERG AND AFANDOR, LLC**
        570 Broad St, Suite 1201
        Newark, NJ 07102
        Tel: (973) 623-3000
        Fax: (973) 623-0858

Dated: November 18, 2024

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Wish, hereby certify that this document has been filed through the ECF system.

        */s/ Benjamin J. Wish*
        Benjamin J. Wish