United States District Court
District of Massachusetts

|  |  |
|---|---|
| Professional Sports Services FI OY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jay Grossman, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.<br>24-12351-NMG |

MEMORANDUM & ORDER

GORTON, J.

Pending before the Court is the motion of plaintiff, Professional Sports Services FI OY ("plaintiff") to amend its complaint and this Court's order regarding escrow (Docket No. 59). That motion will be denied without prejudice for the reasons stated below.

Although plaintiff asserts that its motion must be resolved on an expedited basis in its entirety, the Court disagrees. With respect to plaintiff's request for leave to amend its complaint, plaintiff may move, in the ordinary course, to add new defendants in accordance with Fed. Rs. Civ. P. 5(b) and 15(a) and Local Rule 15.1, after which defendants will be afforded 14 days to respond in opposition, consistent with Local Rule 7.1(b)(2).

With respect to defendant's request that this Court amend its order regarding escrow (Docket No. 55), the Court declines to do so unless and until plaintiff proffers a proposed order that incorporates the specific proposed amendments to the standing escrow order. Plaintiff is directed to file such a proposed amended escrow order on or before the close of business on Thursday, June 19, 2025, to which defendants may respond on or before Tuesday, June 24, 2025. The Court will resolve the matter on or before Thursday, June 26, 2025.

## ORDER

In accordance with the foregoing, plaintiff's motion to amend (Docket No. 59) is **DENIED** without prejudice.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: June 18, 2025